UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. WEBB,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY CASH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:25-CV-00455-MAL |

**DEFENDANT'S MOTION TO VACATE ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION**

COMES NOW Defendant Bradley Cash (hereinafter "Defendant"), by and through undersigned counsel and for his Motion to Vacate Order Referring Case to ADR Mediation, excusing Parties from Participating in ADR mediation, state as follows:

1. This Court entered their Memorandum and Order on Defendants' Motion to Dismiss on April 10, 2026, leaving only claims against Defendant Cash in his individual capacity. (Doc. No. 20).

2. This Court entered a Case Management Order on or about July 21, 2026 (Doc. No. 26) with a referral to ADR on August 28, 2026, and mediation to be concluded by October 30, 2026.

3. An Order Referring Case to Alternative Dispute Resolution, referring the case to Mediation, was made on August 28, 2026. (Doc. No. 29).

4. Defendant has received email communications from pro se Plaintiff regarding his high demand and the anticipated posture leading into the mediation.

5. Emails received from Plaintiff have further contained personal insults and threats. (See **Exhibit A**, email correspondence from Plaintiff Chris Webb).

6. Furthermore, as stated in Defendant's Motion to Compel and Memorandum (Doc. Nos. 30 and 31), Plaintiff has not provided his initial disclosures as required by Rule 26(a)(1).

7. Defendant does not believe mediation would be productive in light of costs to be incurred, prior communications with Plaintiff, and the merits of the remaining claims of this case.

8. It is Defendant's belief that mediation would not be productive in this case and Defendant would like to prevent costs incurred with mediation.

WHEREFORE, Defendant Cash prays this Honorable Court will issue an order vacating its Order Referring Case to Alternative Dispute Resolution (Doc. No. 29) and excusing the parties from mediation.

REICHARDT NOCE & YOUNG LLC

By: *\/s/Daniel T. Mooney*
Timothy J. Reichardt #57684
tjr@rnylaw.com
Daniel T. Mooney #70256
dtm@rnylaw.com
13205 Manchester Road
Suite 420
St. Louis, MO 63131
314/789-1199
314/754-9795 – Facsimile
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed via CM/ECF eFiling System with a copy of the foregoing being served via email this 1st day of September, 2026 on Mr. Christopher Webb, *Pro Se*, chris.webb9791@gmail.com.

*/s/ Daniel T. Mooney*