Exhibit A

**From:** Chris Webb
**To:** Daniel Mooney
**Subject:** Re: 4:25-CV-00455 Christopher Webb v. Bradley Cash
**Date:** Wednesday, July 29, 2026 3:08:16 AM
**Attachments:** image001.png
image001.png

---

Bridgeton notes

IMPACT STATEMENT

To: Lawyers and cops

I go to bed angry, i wake up angry
I have to monitor my temper when I see police.
I feel helpless lost and confused at this situation.
I cannot understand how I have clear evidence and no one seems to care!
I cannot stand the fact that the assault only took place because I was out numbered by a GANG of cops.
While being held Cash attempted to choke me and ripped the chains off my neck.

Fuck shit damn mother fucker! You fat lard ass peice a waste!

Yes I can say this to you, no? Cause Officer dick cheese, got to say and do whatever the FUCK He WANTED!!! Why..why..why.

BITCHES WITH BADGES AND SNAKE LAWYERS. That's how!

You'll can go to HELL. Double down FUCK YOU!! FUCK YOU, OH and FUCK YOU.

you can kiss my ass, his ass, and with your snakey lawyer shit Im sure you can slither around and reach your own hole. Thats where you live right? You shitty lying fat fuck!

All you do is snake your fat ass around my case. Eat a fuckin nutha taco bitch!

in 2020 they shut the world down so cops and lawyers would stop eating....EVERYTHING.

Next time you run through Micky Ds why dont you think about a poor person and feed them?!
Ha ha right...imagine the site of you, cash, and all those utha bitches NOT eating donuts.
twinkies and anything you can get your greasy hands on. Thats how I slipped out, you filthy fucks hands were all greasy from your super sized nachos.
Now strictly on to Cash ..you lousy fuck.

I bet your parents are just sooo proud of their ratchet ass, quick to anger fuck wad son.
Do your parents actually call you a fuck wad?

"Some of those that work forces, are the same that burn crosses."

I came in peacefully and YOU'LL attacked!

Fuck your whole dept. You fuckers WATCHED and did nothing.

I was severely beaten by Phillip Webb my shit head father. And since then I've gone 23-0 and dont think im losing now.
I fuckin WIN no matter what you filthy fucks!!

I will survive! You can take your filthy money and shove 1/3 up your ass, shove 1/3 up cash's ass and definetly 1/3 for the absolutely most shameful Chief of police. You can quit your fuckin job but YOU WILL REMEMBER, in your dreams!!!!
You will remember everytime you try to sleep, YOU DID NOTHING.

FUCK THE POLICE!

FUCK FAKE LAWYERS

FUCK YOUR SYSTEM

Cash would NEVER step to me outside of him and his lil gang of fake.
Lil tiny ass dude. Looks like a shit i took last week! Yeah not very big.

By the way, a real actual strong man would have broken my wrist...but your a coward and a straight bitch. I hope you go to jail and get passed around like a bad joint!

Fuck you, you stupid napolean minded little man. Oh big officer man likes to choke people while in cuffs. Likes to start lil child like fights.

Man to Man use is a atraigt punk. Cash I bet ya never won anything in your pathetic life, why you ask, cause you SUCK ASS.

SMART MONEY says your petsonal

I cannot believe I tried to do this shit peacefully and again i got this shitty snake trying to use whatever loop hole you have. This fuckin system is rigged. Prove me wrong, ass wipes!

Historically my people have taken shit from people like you since Moses lead away slaves.
You hypicritacal monarched douche bags!

You can use all your snake ass tactics, fuck you! I got Jesus on my side.

I hope you eat yourself into bliss!

Evidence witholding... man you guys are just something else. Yall fuckers never change.
Racist system.

Actually its kinda sad that the slave was able to break free from His fake ass oppressors. Look at yall. Did ya get bullied when you were a child...And you guessed it...then you became a cop so you could "get back" at life and bully back.

I got bullied at home and fuckin school. I didnt drop out because I didnt like school, I left because school didnt like me.

You have got to be fuckin kidding me right...I had to build myself from scratch and now I got

cops trying to destroy me in my 40s???

FUCK YOU! BULLS ON PARADE

YOU ASSHOLES CHARGE ME WITH ASSAULT....FOREVER FUCK YOU!

You assholes have changed the way. I cant hold a fuckin job because you let this fuckin animal loose from his cage.

None of you down low dick sucking, your glory holes are Hell, there is nothing that will quench your thirst from the heat that you'll endure by My PRAYERS. yes ya silly bastards..

Maybe thats the problem, yall didnt have a Da Da? Fuck you ignorant two faced money hungry dingle berries.

FOREVER FUCK OFF!!!!

LOOK AT THE EVIDENCE.
You mutha fuckin, titty suckin 3 balled bitches! I hate..HATE you all with the fire of a thousand suns. I pray for your downfall. I hope your families struggle like mine does.

I hope YOUR FUCKING MIND ABSORBS JUST A TASTE OF THE CHAOS YOU BRING TO ME.

I dont have to do anything...I dont have to crawl down to HELL like Cash. Filthy fuckin pig. I am done being "PEACEFULL"

SO FUCK YOU!!

my wrists hurt when i play my instuments, does yours hurt? My fuckin neck is killing me. My prescriptions make me lose muscle and gain weight that pushed me closer diabetes.
Maybe I should refile the charge for attempted murder. LOOK AT MY LIFE.

YOU ROBBED ME. NOW FUCKIN PAY ME!

YOU PUT YOUR HANDS ON ME, THAT WILL COST YOU'LL!!!!
I pray to God that you'll suffer 10 fold.

You reap what you sow. Didnt any of you FOOLS go to church???

Do you know your body is a temple??
You'll raided my body, abused me over and over. Let me sit in a locked cell with overtightened cuffs and then write me a ticket for assault.

NONE OF YOU WOULD DARE TO GET IN MY FACE WITHOUT YOU lil BADGE.

you fucks knew you were trying to fuck up my body.

You really think ANY of you can step to ME?

Born and raised in Jennings, you think you've seen tough, i seen the toughest around, again 24-0.

I pray you'll suffer in this life and the next!

I went and did some college. So did you, you think your degree is more sibstantial than my knowledge.

I know you think you are better than me, the system controls us to make us think we are your subjects. Fuck you!
Fuck YOUUUUUUU

HOW MUCH IS MY HATRED FOR YOU'LL WORTH?

I cant wait to see what ya come up with....you gonna wait me out??

While im over here stressin about life, your packin swedish fish and boston baked beans stewed in hot dog flavored water into your worthless body.

This is how you'll abused your selves when you put your hands on me.

Dont worry, i pretty sure everything I've said is protected by the Constitution.

Read it and weep

Im tired of police, im tired, im tired.

All you guys do is fuck with people.
I cant wait to push this media and tell EVERYONE how Bridgeton operates. You'll are HATEFULL. "Watch the video"

Im catching shit cause i said that?

WATCH THE VIDEOS, WATCH EM, WATCHEM, WATCHEM, FUCK YOU. I HOPE YOU CHOKE ON YOUR OWN VOMIT FOR TRYING TO CHOKE ME.

AND THAT STANK ASS RACHAEL PROUDY!
OH shit. for real. Her last name is Proudy.
Proud of what? sista if I asked you for help and YOU shit all ovet ME. Guess what.
Fuck you, you stupid, fake selection.

Fake ass hair, fake ass nails, fake ass!

Bitch you fuckin witj the wrong one. Your ass needs to be removed from office, you are simpl a NASTY PERSON, SO, ahhhhhhhhhhhh. FUCK YOU, ya dumb ass cunt. Yeah I said it, your cuntness is like unto no other.

Oh and your wack ass friends and family who jumped in on the convo to further embarass the victim, ME.

Please tell them I sais hello, and FUCK YOU, COME AT ME ya stupid hoes! I'll take your fake asses in front of a judge too.

Playa hattin ass punks witta badge. Hide behind your brothers. Fuck you!

You are goliath, I am David. I work for God and Hid Son Jesus.

I HELP people, YOU HURT people.

Yup I typically take my direction from the Trinity. From time to time I'll do a little projecting down to hell.

Funny, last week when I was visiting an old friend down there, Lucifer Himself told me to tell You'll He cant wait to see ya!

Goof luck with life, al of you are Cowards and Im sending this shit to every news station in the WORLD.

I will have a great day today. You'll can, oh geez, here it comes again, FUCK OFF!!!

Can you put a price on peace?
I am a bussiness man, so I can!

Yo, why dont you come to the table with a counter offer you ignorant lump of shit.

By the way, everything I've said is protected by my First Ammendment..

So Cash, YOU SIR, CAN FOREVER SHUT THE FUCK UP!

Your whole dept is a joke in this state. I'll make sure the entire Nation SEES the shit you do. FUCK YOU!

YOU CANT FEEL MY TORMENT, YOU CANT FIX THIS.

I'LL REPEAT

Can you put a price on peace?
I am a bussiness man, so I can!

Yo, why dont you come to the table with a counter offer you ignorant lump of shit.

SO i can go live whatever life I have left. You stole my life, you make every task I do painfull. FUCK YOU!

I cry more than any grown man should. Why, because I cant assault them like they did me. Coward ass badge wearing bitches.

I've never seen so many shitty people in one place.

Mr Baconator, fix this shit.

Think about it, this might be your oppurtunity to actual do sonething good in life, I must consider who I am referencing, all of you are FUCKIN COWARDS.
You assholes charged me with assault after assaulting me....WHAT THE FUCK HAS THIS WORLD COME TO WHEN YOU HAVE THE EVIDENCE, I REALLY CANT STAND LAWYERS.

AND state rep Rachael Proudy. I want everyone who fucked with me to APOLOGIZE IN MY FACE. AND ALSO ADMIT THEY THEY ARE COWARDS.

I CANNOT COMPREHEND YOU ASS HATS GET PAID BY us TAXPAYERS.

You think you have control? EVIL fucks like you only have one gift, HATE.

So I will hate you'll back and ermestly pray to my Father in Heaven to find ways to fuck you up so you can see how I feel.

I paid Joel Schwarts 10k for a whack ass defense where he sides with the bridgeton prosecutor, see you lawyers are all having drinks sittin around pinkies up you bougie bastards.
I was a boy scout, I know how to hold the U.S. flag. You ass clowns are offended and Beavis Shock is one of those two faced, snake, fuckin rat! COWARD!

no lawyers will take my case. I have been black listed. Yeah BLACK listed, placed on your racist white pages you use to bring anyone with color in their skin down and depressed.

I CAN PROVE IT THROUGH EVERY DENIAL I GOT. MY EMAIL IS HEAVY WITH, NO!

Well those days are OVER. Fuck you!

Feels good to act like a good guy but say tbe most foul shit. Well like my Uncle T says "fuck it" anf I say FUCK YOU.
Can I have a bridgeton uniform? That way I can parade around town like I'm here to help, then fuck with the community.

How do any of you bitches sleep at night? I wish I could sleep at night. Nope, I'm up at 3am thinking about how this lawyer is going to continue to twist this case on me. Fuck you.

If I had a lawyer, this shit wouldve been resolved 18 months ago.

Fuckin cop sits me down and asks me if I wanna talk. I say no, then I get charged with assault which you backstabbing bitches had no evidence. 10k I spent. I am a Man, a natural provider.
I worked hard for my money without fucking someones life up. There were many oppurtunities to cool your dog cash off. What a little, little man. Look at him. What a joke.And you ignorant fucks keep him on the force?
ummm does he have some dirt on somebody.

wait for it, wait for it, wait fot it,

Fuck You, and yours!

I'll make sure I continually pray to God for Justice. You ass holes deserve each other.

PAY ME SO I CAN GET THE HELL OUT OF THE NIGHTMARE YOU GAVE ME.

PLEASE REMEMBER TO FUCK OFF.

I HOPE EVERYDAY IS SHIT FOR YOU.

I could scream at the top of my lungs, Bridgeton is the WORST dept in MO.

This is the SHOW ME state, SHOW ME THOSE BENJAMINS. Dont fuck around. You put your hands on ME. Then YOU charged ME. FUCK YOU WEAK ASS PANZY SHIT TOSSIN.

you are the worst negotiator in the planet. 3mil and you say "too far away"

put the cool whip container, cheese sticks and wings down. Closr your stupid mouth and move the fuckin pen cause I havent heard nothin but shit come out of your mouth as soon as you waddled over to my case. Useless sack of bile. How do you sleep at night defending a habitual offender whos job is to protect. Even the folks inside the building who watchec and did nothing..Good Samaritans!

Fuck yall too ya silly fuckin cowards sit on your asses all day figuring who to slap a fine on. Your jobs are useless and so are you. When you cant step in when a person is being treated so poorly. yup, DOUBLE YUP!

i pray all of your families suffer financially like mine has. 10k is not something in life you plan to come up. 10k doesnt even make me blink.

come correct fatty, How much is my pain worth to YOU and your shittu insurance?

and hurry up, i got shit to do. So get it done. You got chunky fingers, looks like a pack of polish sausage stuck to your wrists. So when you 'fat finger" the numbers you can leave the commas!

EAT THAT...try a salad.
oh, its the way you slither that gives you away!

ooooooweeee the wonderful power of prayer...and mine works everytime. God loves me no matter what you incompetent losers say and do.

God is on my side.
God, damn you ALL!
Greater weight of evidence. Just because you weigh more doesnt make you right

The Good Guy

On Fri, Jul 24, 2026, 8:20 PM Chris Webb <chris.webb9791@gmail.com> wrote:

> Hello, I also am inquiring on the status of the missing video evidence from the jail cell? Have you been able to provide this evidence. An officer told me I was being recorded from audio and video. That record should exist.
>
> Have a good weekend.
>
> Chris Webb
>
> On Fri, Jul 24, 2026, 8:16 PM Chris Webb <chris.webb9791@gmail.com> wrote:
>
>> Thank you for the update.
>>
>> I am prepared to settle this case before trial. This problem is wearing me out.
>>
>> How do we settle? You need the medical info from me and a re entry into the system from me for damages caused by the officers?
>> Correct?
>>
>> Also I asked for 3 mil to cover this and you did not attempt to negotiate a settlement, you just said we're too far apart.
>>
>> OK and your number $ is?
>>
>> Thank you
>> Chris Webb
>>
>> On Tue, Jul 21, 2026, 2:30 PM Daniel Mooney <dtm@rnylaw.com> wrote:
>>
>>> Good afternoon, Mr. Webb:
>>>
>>> I am following up with you on your initial disclosures for this claim, which I have not received. Please respond to this email with your initial disclosures. Thank you.
>>>
>>> Daniel T. Mooney
>>>
>>> REICHARDT NOCE & YOUNG LLC
>>>
>>> 13205 Manchester Road. Ste. 420
>>>
>>> St. Louis, MO 63131
>>>
>>> (314) 789-1199
>>>
>>> (314) 754-9795 - fax

dtm@rnylaw.com

NOTICE: This communication, along with any documents, files, or attachments, is intended only for the use of the addressee(s) and may contain confidential and legally privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution and/or copying of the information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email (dtm@rnylaw.com) or by telephone (314.789.1199) and delete or otherwise destroy the original communication and its attachments without reading, printing, forwarding or saving in any manner. The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.

---

**From:** Daniel Mooney
**Sent:** Friday, June 5, 2026 3:36 PM
**To:** Chris Webb <chris.webb9791@gmail.com>
**Cc:** Sheila Orf <sheila@rnylaw.com>
**Subject:** RE: 4:25-CV-00455 Christopher Webb v. Bradley Cash

Docs Produced Initial Disclosures

Good afternoon, Mr. Webb:

Attached please find Defendant Cash's Initial Disclosures for this claim. Documents and video are provided in the Link in this email.

Please acknowledge receipt of this email and disclosures. Thank you.

Daniel T. Mooney

REICHARDT NOCE & YOUNG LLC

13205 Manchester Road. Ste. 420

St. Louis, MO 63131

(314) 789-1199

(314) 754-9795 - fax

dtm@rnylaw.com

NOTICE: This communication, along with any documents, files, or attachments, is intended only for the use of the addressee(s) and may contain confidential and legally privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution and/or copying of the information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email (dtm@rnylaw.com) or by telephone (314.789.1199) and delete or otherwise destroy the original communication and its attachments without reading, printing, forwarding or saving in any manner. The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.

---

**From:** Chris Webb <chris.webb9791@gmail.com>
**Sent:** Friday, May 15, 2026 1:29 PM
**To:** Daniel Mooney <dtm@rnylaw.com>
**Subject:** Re: 4:25-CV-00455 Christopher Webb v. Bradley Cash

thank you, Sir.

Chris W

On Wed, May 13, 2026, 2:30 PM Daniel Mooney <dtm@rnylaw.com> wrote:

Good afternoon,

Yes, I filed the document and sent you an email this morning with the file-stamped copy of the Joint Proposed Scheduling Plan (also attached here). Nothing further is needed before our conference on 5/20. Thanks.

Daniel T. Mooney

REICHARDT NOCE & YOUNG LLC

13205 Manchester Road. Ste. 420

St. Louis, MO 63131

(314) 789-1199

(314) 754-9795 - fax

dtm@rnylaw.com

NOTICE: This communication, along with any documents, files, or attachments, is intended only for the use of the addressee(s) and may contain confidential and legally privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution and/or copying of the information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email (dtm@rnylaw.com) or by telephone (314.789.1199) and delete or otherwise destroy the original communication and its attachments without reading, printing, forwarding or saving in any manner. The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.

**From:** Chris Webb <chris.webb9791@gmail.com>
**Sent:** Wednesday, May 13, 2026 2:27 PM
**To:** Daniel Mooney <dtm@rnylaw.com>
**Subject:** Re: 4:25-CV-00455 Christopher Webb v. Bradley Cash

Good afternoon Daniel

Please confirm you have entered the signed document. I just trying to verify I have met the deadline today?

Thanks

On Mon, May 11, 2026, 1:29 PM Chris Webb <chris.webb9791@gmail.com> wrote:

---------- Forwarded message ---------
From: **Daniel Mooney** <dtm@rnylaw.com>
Date: Thu, May 7, 2026 at 12:05 PM
Subject: 4:25-CV-00455 Christopher Webb v. Bradley Cash
To: Chris Webb <chris.webb9791@gmail.com>
Cc: Sheila Orf <sheila@rnylaw.com>

Good afternoon, Mr. Webb:

Attached please find my draft for the Joint Proposed Scheduling Order. Please review the joint proposed scheduling order and let me know if you have any suggested changes. I would also like to schedule a call with you on Monday (5/11) to discuss the joint proposed scheduling order and the Rule 16 order from Judge Lanahan. Please let me know when a good time to call you would be. I am free after 10 am that day.

Daniel T. Mooney

REICHARDT NOCE & YOUNG LLC

13205 Manchester Road. Ste. 420

St. Louis, MO 63131

(314) 789-1199

(314) 754-9795 - fax

dtm@rnylaw.com

NOTICE: This communication, along with any documents, files, or attachments, is intended only for the use of the addressee(s) and may contain confidential and legally privileged information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution and/or copying of the information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately by return email (dtm@rnylaw.com) or by telephone (314.789.1199) and delete or otherwise destroy the original communication and its attachments without reading, printing, forwarding or saving in any manner. The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.